1

2                    UNITED STATES DISTRICT COURT
         WEST ERN DISTRICT OF WASHINGTON AT TACOMA
3

4    UNITED STATES OF AMERICA,
                                              NO.  CR09-5434BHS
5              Plaintiff,
          vs.                                 ORDER GRANTING MOTION
6                                             MOTION TO WITHDRAW
     STERLING TERRANCE HOSPEDALES,            MOTION TO COMPEL AND
7                                             AND REINSTATING
               Defendant.                     TRIAL DATE
8

9

10        THIS MATTER comes before the Court on Plaintiff's motion to withdraw its

11   motion to compel a handwriting exemplar (Dkt. 57) and to reinstate April 27, 2010, trial

12   date.  Dkt. 80.  The Court has considered the Plaintiff's motion, the Defendant's response

13   to the Plaintiff's motion (Dkt. 81), and the remainder of the file entirely.  The Court finds

14   that:

15        On January 15, 2010, the Court arraigned Defendant on a Third Superseding

16   Indictment, which added four counts of sexual exploitation of a child in the production of

17   child pornography.  On February 8, 2010, the Court granted Defendant's motion to

18   continue trial date (Dkt. 59), based in part on the Third Superseding Indictment.

19        On February 22, 2010, the Court found Defendant to be in civil contempt of court

20   for failure to provide Plaintiff with a handwriting exemplar, as was ordered by the Court

21   on January 25, 2010 (Dkt. 60).

22        On March 11, 2010, the Court conducted a Status Hearing wherein the Court

23   granted Defendant's motion to terminate attorney Charles Johnston from representing

24   Defendant (Dkt. 75), and on March 12, 2010, attorney Phil Brennan was appointed to

25   represent Defendant (Dkt. 78).


     ORDER

1    On March 16, 2010, Plaintiff filed the instant motion (Dkt. 80) to withdraw its

2 motion to compel a handwriting exemplar from the Defendant and to reinstate the April

3 27, 2010, trial date.  On March 23, 2010, Defendant responded. Plaintiff believes

4 compelling the exemplar is unnecessary. Plaintiff contends that the April trial date should

5 be reinstated so that Defendant's alleged witness tampering and destruction of evidence,

6 if any, will not continue.

7    In opposition, Defendant requests that the Court to set a trial date of no earlier than

8 November 2, 2010. Dkt. 81 at 1 (attaching a speedy trial waiver). Alternatively, if the

9 Court reinstates the April 27, 2010, Defendant moves the Court to continue that trial date.

10 Dkt. 81 at 4 (noting that Plaintiff will not oppose a short continuance to allow defense

11 counsel time to prepare). The Court orders the trial date be reinstated for good cause

12 shown and directs the clerk to set a hearing for Defendant's motion to continue.

13    Therefore, good cause having been shown, it is hereby **ORDERED** that

14    1.  The order compelling Defendant to provide a handwriting exemplar is

15        **QUASHED**,

16    2.  Defendant is **PURGED** of his civil contempt, and

17    3.  The trial date of April 27, 2010, is **REINSTATED** and a hearing on the

18        motion to continue is to be set by the clerk as discussed herein.

19 DATED this 26th day of March, 2010.

20

21

22

23    _____
      BENJAMIN H. SETTLE
24    US District Court Judge

25

ORDER