The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-5434 BHS |
| Plaintiff | |
| v. | ORDER TO SEAL |
| STERLING TERRANCE HOSPEDALES | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained therein, it is hereby ORDERED that the Exhibits 1-5 shall remain sealed to the Government's Memorandum Regarding Supervised Release Revocation.

DATED this 14th day of August, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Seal - 1
*United States v. Hospedales* / CR09-5434 BHS