UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>STERLING TERRANCE HOSPEDALES,<br><br>  Defendant. | CASE NO. CR09-5434 BHS<br><br>ORDER |

This matter is before the Court on Defendant Sterling Hospedales' Motion for Early Termination of Supervised Release. Dkt. 182. Generally, the Court gives some deference to the Probation Office to investigate and make a judgment about a supervised residential placement. Here, the Probation Office has recommended that the motion be denied. Dkt. 183. It cites Hospedales' recent admission to two episodes of his failure to report contact with a minor as well as the pending allegations involving illegal sexual activity.

Hospedales' probation officer informed him of "the steps required for him to work towards living with his girlfriend and her minor daughter, as these same steps are

ORDER - 1

required of other persons under supervision who are similarly situated with Mr. Hospedales. He has not taken any steps towards mitigating his risk.…" Dkt. 183 at 3.

If Hospedales can provide the Court with a qualified opinion from a sexual deviancy provider that he is not a risk to prepubescent females or to males of any age, and if he implements the steps required by the probation office, the Court would entertain a renewed motion to authorize a living arrangement or modifying the current restrictions regarding contact with children under the age of 18.

Accordingly, it is hereby **ORDERED** that the Motion to Modify Conditions of Release, Dkt. 182, is **DENIED**.

Dated this 5th day of December, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2